# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 1, 2020

157412

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

KENNETH LEE MURINE,
      Defendant-Appellee.

SC: 157412
COA: 335273
Jackson CC: 10-005670-FC

_____/

      By order of May 29, 2018, the application for leave to appeal the January 23, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Washington* (Docket No. 156648). On order of the Court, the case having been decided on May 22, 2019, 503 Mich 1030 (2019), the application is again considered and, it appearing to this Court that the case of *People v Washington* (Docket No. 160707) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 1, 2020



Clerk

t0422